UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of<br>LET VESSELS, LLC, as Owner of and ELLEN<br>W, LLC as bareboat charterer of<br>The F/V LADY BRITTANY (O.N. 1123286),<br>a 104' clam fishing vessel, for Exoneration from or<br>Limitation of Liability. | CIVIL ACTION<br>No.: 1:20-CV-11547-DJC<br><br><br><br>IN ADMIRALTY |

**PLAINTIFF'S MOTION FOR ORDER DIRECTING
ISSUANCE OF NOTICE AND RESTRAINING SUITS**

Now comes the Plaintiffs, Let Vessels, LLC ("Let"), as owner of and Ellen W, LLC ("Ellen") as bareboat charterer of the F/V LADY BRITTANY (O.N. 1123286), by and through their undersigned counsel, and respectfully moves this Honorable Court for an Order directing issuance of Notice to Claimants and restraining all actions outside the proceedings herein.

The Plaintiffs submit the foregoing pursuant to Rule F(3) and (4) of the Supplemental Rules for Certain Admiralty and Maritime Claims and according to local practice before the United States District Court for the District of Massachusetts. Rule F(3) states that upon compliance by the vessel owner with the requirements of Rule F(1), all claims and proceedings against the owner or his vessel with respect to the subject collision shall cease.

On August 17, 2020, the Plaintiffs filed their Complaint with the Stipulation re Security for Value of his interest in F/V LADY BRITTANY in compliance with Rule F(1). As further provided by Rule F(3), and on application of the Plaintiffs, this Honorable Court shall enjoin the further prosecution of any action or proceeding against the Plaintiffs or their vessel with respect to any claim subject to limitation in this action.

Additionally, and as required by Rule F(4), the Plaintiffs also seek this Honorable Court's

issuance of notice to all persons asserting claims against the Plaintiffs with respect to the subject loss, admonishing them to file their respective claims with the clerk of this Court and to serve said claim on the Plaintiff's undersigned attorneys on or before Friday, October 30, 2020.

The Plaintiffs attache herewith his proposed Order Directing Issuance of Notice and Restraining Suits as *Exhibit A* and Notice of Complaint for Exoneration from or Limitation of Liability as *Exhibit B.*

**WHEREFORE**, the Plaintiff, Plaintiffs, Let Vessels, LLC ("Let"), as owner of and Ellen W, LLC ("Ellen") as bareboat charterer of the F/V LADY BRITTANY (O.N. 1123286), prays that their Motion be allowed and that the Order issue forthwith.

> Respectfully submitted,
> LET VESSELS, LLC and
> ELLEN W, LLC,
> By their counsel,
>
> /s/David S. Smith
> David S. Smith, Esq.
> BBO No.: 634865
> FARRELL SMITH O'CONNELL
> Aarsheim Aprans, LLP
> 27 Congress Street, Suite 109
> Salem, Massachusetts 01970
> 978-744-8918 (Tel)
> 978-666-0383 (Fax)
> dsmith@fsofirm.com