UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of )<br>LET VESSELS, LLC, as Owner of and ELLEN )<br>W, LLC as bareboat charterer of )<br>The F/V LADY BRITTANY (O.N. 1123286), )<br>a 104' clam fishing vessel, for Exoneration from or )<br>Limitation of Liability. )<br>) | CIVIL ACTION<br>No.: 1:20-CV-11547-DJC<br><br><br><br>IN ADMIRALTY |

**NOTICE OF COMPLAINT FOR EXONERATION
FROM OR LIMITATION OF LIABILITY**

NOTICE is hereby given that Plaintiffs, Let Vessels, LLC ("Let"), as owner of and Ellen W, LLC ("Ellen") as bareboat charterer of the F/V LADY BRITTANY (O.N. 1123286), 104' clam fishing vessel has filed his Complaint pursuant to 46 U.S.C.A §30501 through 46 U.S.C.A. §30512 claiming the right to Exoneration and/or Limitation of Liability in respect of any and all losses, damages, injuries or casualty incurred in connection with a lost that occurred on board the Plaintiffs' vessel, F/V LADY BRITTANY, on January 21, 2020 as more fully described in the Complaint.

All persons having such Claims must file them, under oath, as provided by Supplemental Rules for Certain Admiralty and Maritime Claims Rule F(4), with the Clerk of this Court at the United States District Court, 1 Courthouse Way, Boston, Massachusetts 02210, and serve on or mail to the Plaintiff's attorneys, David S. Smith, Esq., Farrell Smith O'Connell, LLP, 27 Congress Street, Suite 109, Salem, Massachusetts 01970, a copy thereof, at or before 5:00 P.M. on or before Friday, October 30, 2020 or be defaulted. Personal attendance is not required.

If any Claimant desires to contest either the right to Exoneration from or the right to

2

Limitation of Liability, he/she shall file and serve on the attorneys for the Plaintiffs an Answer to the Complaint on or before the aforesaid date unless his/her Claim has included an answer, so designated, or be defaulted.

Dated:_____                          _____
                                                                                          Deputy Clerk